# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TAMAYO, | Case No. LACV 18-9968-JVS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. ROBERTSON, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 21, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE